1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER LEE JENKINS,

11           Plaintiff,                    No. CIV S-05-328 GEB KJM P

12      vs.

13

14           Defendants.            ORDER

15   _____/

16          On February 17, 2005, plaintiff filed a motion to proceed in forma pauperis in a

17   civil rights action without any other pleadings.   On April 8, 2005, this court directed plaintiff to

18   file a complaint.

19          On May 2, 2005, plaintiff filed a motion for clarification and copies, averring that

20   he had not filed the motion to proceed in forma pauperis and asking for copies of the motion to

21   determine whether someone was filing pleadings in his name.[1]

22          Because plaintiff maintains he has not filed anything in this court, the undersigned

23   will treat his motion as a request for voluntary dismissal.

24   /////

25   _____

26   [1] The court does not as a general rule provide copies for litigants.  Plaintiff may contact
the Office of the Clerk of Court to request copies for a fee.

1

1           Accordingly, IT IS ORDERED that the case is dismissed without prejudice in

2  accordance with plaintiff's letter of May 2, 2005.

3  DATED:   May 3, 2005.

4

5                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26